John W. Mackay (6923)
Brett L. Tolman (8821)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  801-532-1500
Facsimile:  801-532-7543
jmackay@rqn.com
btolman@rqn.com

David A. Nelson (Bar No. 6209623)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 W. Madison Street, Suite 2450
Chicago, IL  60661-2510
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

John B. Quinn (Bar No. 090378)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Edward J. DeFranco (Bar No. ED-6524)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendants Crestron Electronics, Inc.
Face Group, Inc., d.b.a. Lifestyle Electronics,
Lava Corp., and Audio Vision Systems, LLC*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., <br><br> Plaintiff, <br> v. <br><br> CRESTRON ELECTRONICS, INC., a New Jersey corporation; FACE GROUP, INC., D.B.A. LIFESTYLE ELECTRONICS, a Utah corporation; LAVA CORP., a Utah corporation, and AUDIO VISION SYSTEMS, LLC, a Utah limited liability company, <br><br> Defendants. | **DEFENDANTS' RESPONSE TO LUTRON'S MEMORANDUM IN OPPOSITION TO APPLICATION OF SILLS CUMMIS TO WITHDRAW AS CRESTRON'S COUNSEL** <br><br> Civil No.: 2:09-cv-707 <br><br> Judge Dee Benson |

In its opposition to the Application to Withdraw as Counsel for defendant Crestron

Electronics, Inc.'s ("Crestron's") (Dkt. 74), Plaintiff Lutron Electronics Co., Inc. ("Lutron")

incorrectly suggests that the timing of the withdrawal by former counsel Sills Cummis & Gross P.C. ("Sills Cummis") was "calculated to gain an advantage" on the parties' respective motions regarding disqualification ( Dkt. No. 85 at 2.) To the contrary, as set forth in the accompanying Declaration of George Feldstein, Crestron's founder, President, and Chief Executive Officer, the Application to Withdraw filed by Sills Cummis was actually the final step in Crestron's plan to replace Sills Cummis as counsel of record with Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"). Declaration of George Feldstein in Support of Application to Withdraw as Counsel ("Feldstein Decl.") at ¶¶ 1, 2.

Crestron originally retained Sills Cummis as its counsel with the view toward having this case transferred from the District of Utah to the District of New Jersey. *Id.* at ¶ 2. After this Court's decision on the venue issue, Crestron retained Quinn Emanuel to replace Sills Cummis as lead trial counsel. Id. at ¶¶ 2-3. *Id.* at ¶¶ 2-3.

Upon the retention of Quinn Emanuel, Crestron transitioned responsibility of this case to Quinn Emanuel from Sills Cummis. *Id*. at ¶ 4. Although the Application to Withdraw as Counsel was only recently filed, as of mid-May the primary role of Sills Cummis was to complete the work it had been handling on discovery and other issues in the case, while at the same time transitioning overall responsibility for the case to Quinn Emanuel. *Id.*

Even if Quinn Emanuel were not able to continue as lead counsel in this matter,[1] Crestron would proceed with lead counsel other than Sills Cummis. *Id.* at ¶ 5.

---

[1] Lutron also raises the appearance of Sills Cummis in related actions as a basis for opposing the withdrawal of Sills Cummis. Crestron has filed voluntary notices of dismissal for the related New Jersey action (District of New Jersey Case No. 2:10-cv-01926-DMC-JAD) and the New Jersey action recently transferred to the district of Utah (District of Utah Case No. 2:10-cv-807).

Lutron states that it does not object to Crestron replacing its counsel, so long as it does not affect the pending deadlines in the case.  Lutron also objects to the extent that the withdrawal is a "strategic ploy" designed to further Crestron's position on disqualification.  (Dkt. No. 85 at 2-3.)  As discussed above, the withdrawal plan preexisted any disqualification threat and was not a "strategic ploy."  Accordingly, Lutron's objections on those grounds are without merit.  Also, with respect to any delay in the pending deadlines, that issue is not ripe for consideration until briefing, hearing, and ruling on the parties' respective motions on the disqualification issue are completed.  Crestron also notes that since Lutron raised the disqualification issue ten days ago, the parties have slowed the pace of fact discovery.

For these reasons, Crestron respectfully asks this Court to approve the Application to Withdraw.

DATED August 18, 2010.

By:   /s/ Brett L. Tolman

| | |
|---|---|
| David A. Nelson (Bar No. 6209623) | John W. Mackay (6923) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Brett L. Tolman (8821) |
| | RAY QUINNEY & NEBEKER P.C. |
| 500 W. Madison Street, Suite 2450 | 36 South State Street, Suite 1400 |
| Chicago, IL 60661-2510 | Salt Lake City, UT 84111 |
| Telephone: (312) 705-7400 | Telephone: 801-532-1500 |
| Facsimile: (312) 705-7401 | Facsimile: 801-532-7543 |
| | jmackay@rqn.com |
| | btolman@rqn.com |
| | |
| John B. Quinn (Bar No. 090378) | Edward J. DeFranco (Bar No. ED-6524) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 865 South Figueroa Street, 10th Floor | 51 Madison Avenue, 22nd Floor |
| Los Angeles, CA 90017-2543 | New York, NY 10010-1601 |
| Telephone: (213) 443-3000 | Telephone: (212) 849-7000 |
| Facsimile: (213) 443-3100 | Facsimile: (212) 849-7100 |

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2010, I electronically submitted the foregoing DEFENDANTS' RESPONSE TO LUTRON'S MEMORANDUM IN OPPOSITION TO APPLICATION OF SILLS CUMMIS TO WITHDRAW AS CRESTRON'S COUNSEL to the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

> Brent O. Hatch
> HATCH, JAMES, & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, UT 84101
> bhatch@hjdlaw.com
>
> James D. Herschlein
> KAYE SCHOLER LLP
> 425 Park Avenue
> New York, New York 10022
> jherschlein@kayescholer.com

/s/ Dawn E. Bouvier