IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| LUTRON ELECTRONICS CO., INC. | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:09-cv-707 DB |
| CRESTRON ELECTRONICS, INC., et al. | : | **NOTICE OF RECUSAL** |
| Defendants. | | |
| | | Magistrate Judge Brooke C. We |

I recuse myself from this case and request that it be reassigned to another Magistrate Judge.

DATED this  19th  day of August, 2010.

BY THE COURT:

_____
BROOKE C. WELLS
United States Magistrate Judge